IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

MATTHEW STRETZ,

    Plaintiff,

v.                                                          Case No.: 4:23-cv-339

DRIVER JOHN DOE, COUNTRY
MUTUAL INSURANCE COMPANY, and FEDEX
CORPORATION,

    Defendants.

## PLAINTIFF'S MOTION TO ADD AND DISMISS PARTIES DEFENDANT

COMES NOW Plaintiff Matthew Stretz and moves this Court for an order allowing the addition of two parties defendant and dismissal of three parties defendant. In support of Plaintiff's motion, suggestions are attached.

## SUGGESTIONS

Plaintiff filed his lawsuit in personal injury arising from a motor vehicle accident that occurred on the 9th day of December 2022, in Kansas City, Jackson County, Missouri.

In this lawsuit, Plaintiff alleged that he had been struck by an unidentified driver, Defendant John Doe, who was believed to have been employed by Defendant FedEx Corporation. Plaintiff also asserted, in the alternative, that the unidentified driver, Defendant John Doe, was uninsured and that Defendant Country Financial legally owed benefits under Plaintiff's motor vehicle policy

providing for coverage from uninsured motorists.

Through informal discovery, the driver has been identified as Bobby Harrison, who is an employee of FedEx Freight Corporation.

Plaintiff seeks to add Bobby Harrison and FedEx Freight Corporation as defendants. Plaintiff also seeks to dismiss current defendant John Doe, Defendant FedEx Corporation and Defendant Country Financial.

Counsel for Defendant John Doe, Defendant FedExCorporation and Defendant Country Financial do not object to the addition of Bobby Harrison and FedEx Freight Corporation as parties defendant. Counsel for Defendants also do not object to the dismissal of Defendant John Doe, Defendant FedEx Corporation and Defendant Country Financial. Alan Fogelman, counsel for Defendant FedEx Corporation has agreed to waive formal service of new Defendants Bobby Harrison and FedEx Freight Corporation and accepts service on their behalf.

A proposed Order and proposed First Amended Petition are attached.

Respectfully submitted,

/s/ Vance C. Preman
Vance C. Preman, Esq.
MO BAR #26197
KC BIKE LAW
11805 W. 179th St.
Bucyrus, KS 66013

Tel: (816) 678-9599
Fax: (913) 583-5116


/s/ Laura M. Rowzee

Laura M. Rowzee, Esq.

MO BAR #37544

KC BIKE LAW

3607 N. Briarcliff Rd.

Kansas City, MO 64116

Tel: (816) 453-9995

Fax: (913) 583-5116

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on the 11th day of September, 2023, the above and foregoing was filed with the Clerk of the Court via the Court's electronic filing system, which will serve electronic notification of such filing on the following counsel of record:

Alan T. Fogleman, #69627
Brian M. Israel, #71337
10 E. Cambridge Circle Drive, Suite 300 Kansas City, KS 66103
Ph: (913) 371-3838
Fx: (913) 371-4722
afogleman@mvplaw.com
bisrael@mvplaw.com
COUNSEL FOR DEFENDANT FEDEX
CORPORATION & JOHN DOE

Ian M. Bartalos #52434
Kevin D. Looby #68218
9233 Ward Parkway, Suite 270
Kansas City, Missouri 64114
(816) 523-3000/FAX (816) 523-1588
ibartalos@mbblawfirmkc.com
klooby@mbblawfirmkc.com
COUNSEL FOR DEFENDANT
COUNTRY MUTUAL INSURANCE COMPANY

/s/ Laura M Rowzee

ATTORNEY FOR PLAINTIFF