| | |
|---|---|
| MATTHEW STRETZ, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BOBBY HARRISON and FEDEX FREIGHT ) <br> CORPORATION, ) <br> ) <br> Defendants. ) | No. 4:23-00339-CV-W-BP |

# JUDGMENT IN A CIVIL CASE

\_\_\_ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**\_X\_ Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Order (Doc. 33) filed on October 2, 2023, the Court concludes it lacks jurisdiction over this case, and it is remanded to the Circuit Court of Jackson County.

October 2, 2023　　　　　　　　　　　　　Paige Wymore-Wynn_____
Date　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　/s/ Shauna Murphy-Carr_____
　　　　　　　　　　　　　　　　　　　　(by) Deputy Clerk